IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RUFUS GARLINGTON**                                                                     **PLAINTIFF**

**v.**                      **CASE NO. 4:11CV00548 BSM**

**ARKANSAS DEPARTMENT OF**                             **DEFENDANT**
**WORKFORCE SERVICES**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice.

Dated this 11th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE